UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

TRAVIS BUTLER, :
        Plaintiff, :
 :
        v. : No. 5:20-cv-02581
 :
ANDREW SAUL, *COMMISSIONER* :
*SOCIAL SECURITY ADMINISTRATION,* :
        Defendant. :
_____

# O R D E R

**AND NOW**, this 16th day of December, 2021, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss, ECF No. 10, is **GRANTED**.

2. The Amended Complaint, ECF No. 7, is **DISMISSED for lack of jurisdiction**.

3. The above-captioned action is **CLOSED**.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge